United States District Court
Southern District of Texas
**ENTERED**
September 30, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| MOAZZAM PIRZADA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-21-664 |
| | § | |
| AAA TEXAS, LLC. | § | |
| | § | |
| Defendant. | § | |

## MEMORANDUM ORDER

A district court has the discretion to dismiss an action when all the issues raised in the district court will be submitted to arbitration. Fedmet Corp. v. M/V BUYALYK, 194 F.3d 674, 678 (5th Cir. 1999); Alford v. Dean Witter Reynolds, Inc., 975 F.2d 1161, 1164 (5th Cir. 1992). Since both parties are now participating in arbitration there is no reason to retain jurisdiction over the action. Accordingly, the court will dismiss the action without prejudice.

SIGNED at Houston, Texas, on this 30th day of September, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE